IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01308-MSK

MITCHELL G. SWORD,

    Plaintiff,

v.

GREYHOUND LINES, INC.,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Motion to Withdraw Notice of Removal (Motion) **(#5)** filed June 10, 2010.  Having reviewed the Motion, the Court

**FINDS** that good cause exists for granting the relief requested.  It is

**THEREFORE ORDERED** that the Motion is **GRANTED**.  The Notice of Removal is hereby **WITHDRAWN** and this matter is dismissed without prejudice.  The Clerk shall close this case.

DATED this 11th day of June, 2010.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge